```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 43214
   KEVIN L ADAMS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-0902


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/22/04 and confirmed on 05/06/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  37902.59 .

   4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG          .00             .00             .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE   NOT FILED             .00             .00
AMERICAN GENERAL FINANCE   UNSECURED         9879.27             .00         9879.27
INTERNAL REVENUE SERVICE   PRIORITY         14001.73             .00        14001.73
AMERICAN GENERAL FINANCE   NOTICE ONLY           .00             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         9480.85             .00         9480.85
B FIRST LLC                UNSECURED         2836.43             .00         2836.43
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00    14001.73     22196.55         .00      36198.28
PRINCIPAL PAID          .00    14001.73     22196.55         .00      36198.28
INTEREST PAID           .00         .00          .00         .00           .00
TOTAL PAID              .00    14001.73     22196.55         .00      36198.28
The Debtor's attorney, GARY L SHILTS                 , was allowed $       .00
and was paid $        .00 .

The Trustee received $   1704.31 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/12/08                   /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 04 B 43214 KEVIN L ADAMS
```